1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CARLOS A. RAMIREZ,                           No.  2:20-CV-0448-DMC-P

12             Plaintiff,

13        v.                                       ORDER

14   CASEY L. KOZOLL,

15             Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18   U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned

19   to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge

20   jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly

21   address the case.

22          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

23   randomly assign a District Judge and to update the docket to reflect the new case number.

24

25   Dated:  September 22, 2021

26                                                 _____

                                                   DENNIS M. COTA
27                                                 UNITED STATES MAGISTRATE JUDGE

28

                                      1